# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY LYN BONNER

NO. 2025 KW 0872

OCTOBER 17, 2025

---

In Re: Terry Lyn Bonner, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 49904.

---

BEFORE: THERIOT, PENZATO, AND BALFOUR, JJ.

WRIT GRANTED. In a criminal case, a defendant has a constitutional right to present a defense. U.S. Const. art. VI; La. Const. art. I, § 16. Relator made a specific request for the driving data and records from his automobile insurer near or on the date of the alleged offense. Relator represents that the requested documents would make the existence of several facts that are of consequence to the determination of the action more probable or less probable than those facts would be without the evidence, including his location at the time of the alleged offense. Relator indicates the requested documents are evidentiary, relevant, and that the application is made in good faith and is not intended as a general fishing expedition. See **State v. Marcelin**, 2010-2036 (La. 10/15/10), 46 So.3d 191, 193 (*per curiam*). Additionally, there is no indication that a subpoena to obtain the tracking information from relator's own vehicle within a short window of time is unreasonable or oppressive. See La. Code Crim. P. art. 732. Under the facts presented, the district court abused its discretion in denying, on its own motion, the expedited motion for issuance of a subpoena duces tecum. Accordingly, the ruling is reversed, the expedited motion is granted, and this matter is remanded to the district court for compliance with this action.

MRT
KEB

Penzato, J., dissents and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT